Form ntcdsm1

211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **09−67463−swr**
Chapter: 13

In Re: (NAME OF DEBTOR(S))
   Julius Justine Curry
   1745 Morningside
   Bloomfield Hills, MI 48302

Social Security No.:
   xxx−xx−7263

Employer's Tax I.D. No.:

## NOTICE OF DISMISSAL

NOTICE IS HEREBY GIVEN that on **10/15/09** , an order dismissing the above entitled case was entered. Accordingly, the automatic stay is lifted.

Dated: 10/15/09

                        BY THE COURT

                        Katherine B. Gullo , Clerk of Court
                        UNITED STATES BANKRUPTCY COURT

# CERTIFICATE OF NOTICE

```
District/off: 0645-2          User: ckata            Page 1 of 1           Date Rcvd: Oct 15, 2009
Case: 09-67463                Form ID: ntcdsm        Total Noticed: 13
```

The following entities were noticed by first class mail on Oct 17, 2009.
```
db          +Julius Justine Curry,    1745 Morningside,    Bloomfield Hills, MI 48302-1244
17912982    +AMERICAN HOME MORTGAGE SERVICING,    4600 REGENT BLVD SUITE 200,    IRVING TX 75063-2478
17950596    +American Home Mortgage Servicing, Inc,    c/o Potestivo & Associates, P.C.,
              811 South Blvd Suite 100,    Rochester Hills, MI 48307-5359
17912985    +CITY OF DETROIT FINANCE DEPARTMENT,    TREASURY DIVISION,    COLEMAN A YOUNG MUNICIPAL CENTER,
              2 WOODWARD AVE ROOM 120,    DETROIT MI 48226-3573
17912989     CONSUMER ENERGY,    LANSING MI    48937-0001
17912981    +DPW WATER DIVISION,    4200 TELEGRAPH PO BOX 489,    BLOOMFIELD HILLS MI 48303-0489
17912986     DTE ENERGY,    PO BOX 2859,    DETROIT MI   48226
17983786    +GMAC Inc.,    c/o Craig S. Schoenherr, Sr.,    12900 Hall Road, Suite 350,
              Sterling Heights, MI 48313-1174
17912987    +GMAC LLC,    12900 HALL ROAD SUITE 350,    STERLING HEIGHTS MI 48313-1174
17912980    +OAKLAND COUNTY REGISTER OF DEEDS,    70 NORTH SAGINAW,    PONTIAC MI 48342-2152
17912983    +ORLANS AND ASSOCIATES PC,    00 BOX 5041,    TROY MI 48007-5041
17912984     PATRICK M DOHANY TREASURER,    OAKLAND COUNTY TREASURER,    1200 N TELEGRAPH ROAD,
              BLDG 12 E DEPT 479,    PONTIAC MI   48341-0479
```

The following entities were noticed by electronic transmission on Oct 15, 2009.
```
17912988     EDI: IRS.COM Oct 15 2009 17:53:00     INTERNAL REVENUE SERVICE,   PO BOX 145585 SOPT 8420G,
              CINCINATI OH   45250
                                                                                             TOTAL: 1
```

```
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Oct 17, 2009**          **Signature:** *Joseph Speetjens*